UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CADENCE DESIGN SYSTEMS, INC.,

Plaintiff(s),

v.

YUNJING INTELLIGENT INNOVATION (SHENZHEN) CO., LTD (D/B/A NARWAL) et al.,

Defendant(s).

Case No. _5:25-cv-00317_____

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, __Ahmed ElDessouki_____, an active member in good standing of the bar of __the State of New York_____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __Cadence Design Systems, Inc.___ in the above-entitled action. My local co-counsel in this case is __L. Kieran Kieckhefer_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: __251978_____.

| | |
|---|---|
| Gibson Dunn & Crutcher LLP<br>200 Park Avenue  New York  NY 10166 | Gibson Dunn & Crutcher LLP, One Embarcadero Center, Suite 2600, San Francisco, CA 94111 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (212) 351-4000 | (415) 393-8200 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| AEldessouki@gibsondunn.com | KKieckhefer@gibsondunn.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __5644422_____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court _2_____ times in the 12 months preceding this application.

United States District Court
Northern District of California

1        I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3   Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4   Dated: January 8, 2025                               Ahmed ElDessouki

                                                                  APPLICANT

5

6

7

8   ORDER GRANTING APPLICATION

9   FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11        IT IS HEREBY ORDERED THAT the application of  Ahmed ElDessouki  is

12   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13   must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14   counsel designated in the application will constitute notice to the party.

15   Dated: _____

16

17   _____

18               UNITED STATES DISTRICT/MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California