L. Kieran Kieckhefer (SBN 251978)
kkieckhefer@gibsondunn.com
Christina Myrold (SBN 324183)
cmyrold@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.393.8306

Ilissa Samplin (SBN 314018)
isamplin@gibsondunn.com
Shaun A. Mathur (SBN 311029)
smathur@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Ahmed ElDessouki (*admitted pro hac vice*)
kkieckhefer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

*Attorneys for Plaintiff*
CADENCE DESIGN SYSTEMS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> YUNJING INTELLIGENT INNOVATION (SHENZHEN) CO., LTD. (D/B/A NARWAL), YUNJING INTELLIGENCE ROBOTICS (DONGGUAN) CO., LTD. (D/B/A NARWAL), YUNJING INTELLIGENCE TECHNOLOGY DEVELOPMENT (DONGGUAN) CO., LTD. (D/B/A NARWAL), JINGZHI INTELLIGENCE SUPPLY CHAIN (SHENZHEN) CO., LTD. (D/B/A NARWAL), YUNJING INTELLIGENCE (SHENZHEN) CO., LTD. (D/B/A NARWAL), <br><br> Defendants. | CASE NO. 3:25-cv-00317-AMO <br><br> **JOINT ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND APPEAR VIRTUALLY** <br><br> Judge:   Hon. Araceli Martínez-Olguín <br><br> Action Filed:   January 9, 2025 <br> Trial Date:   None Set |

1  Jack Shaw (SBN 309382)
      Jack.shaw@procopio.com
2  PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
   300 El Camino Real, 5 Palo Alto Square, Suite 5-400
3  Palo Alto, California 94306
   Telephone:   650.645.9000
4
   *Attorney for Defendants YUNJING*
5  *INTELLIGENT INNOVATION*
   *(SHENZHEN) CO., LTD.; YUNJING*
6  *INTELLIGENCE ROBOTICS*
   *(DONGGUAN) CO., LTD.; YUNJING*
7  *INTELLIGENCE TECHNOLOGY*
   *DEVELOPMENT (DONGGUAN) CO.,*
8  *LTD.; JINGZHI INTELLIGENCE SUPPLY*
   *CHAIN (SHENZHEN) CO., LTD.;*
9  *YUNJING INTELLIGENCE (SHENZEN)*
   *CO., LTD.*
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

2

JOINT ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. 3:25-CV-00317

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Please take notice that, pursuant to Civil Local Rules 6-2, 7-11, and 7-12, and the Court's Standing Order for Civil Cases Before District Judge Araceli Martínez-Olguín, Plaintiff Cadence Design Systems, Inc. ("Plaintiff" or "Cadence") and Defendants Yunjing Intelligent Innovation (Shenzhen) Co., Ltd. (d/b/a Narwal), Yunjing Intelligence Robotics (Dongguan) Co., Ltd. (d/b/a Narwal), Yunjing Intelligence Technology Development (Dongguan) Co., Ltd. (d/b/a Narwal), Jingzhi Intelligence Supply Chain (Shenzhen) Co., Ltd. (d/b/a Narwal), and Yungjing Intelligence (Shenzhen) Co., Ltd. (d/b/a Narwal) (collectively, "Defendants" or "Narwal") (together, the "Parties"), jointly move and stipulate to continue the initial case management conference and to appear remotely at the same.

In further support of this Joint Administrative Motion and Stipulation, the Parties state as follows:

**WHEREAS**, on January 10, 2025, this Court issued its Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. 12) setting a case management conference for April 17, 2025 at 10:00 a.m.;

**WHEREAS**, lead counsel for both Parties have pre-existing and immovable obligations and therefore cannot attend the case management conference currently scheduled for April 17, 2025;

**WHEREAS**, the Parties have met and conferred and are all available on May 1, 2025 at 10:00 a.m. for the case management conference;

**WHEREAS**, the Court's online scheduling notes indicate that it is also available on May 1, 2025;

**WHEREAS**, the Parties also believe they can efficiently and effectively address any issues at the case management conference by appearing remotely for the conference;

**NOW, THEREFORE**, subject to the approval of the Court, and for good cause shown, the Parties hereby stipulate and agree as follows:

The case management conference currently scheduled for April 17, 2025 at 10:00 a.m. is continued to May 1, 2025 at 10:00 a.m. or until such later time that is convenient for the Court. The

1  Parties' deadline to submit their joint case management conference statement remains the same (April
2  10, 2025). The Parties may appear remotely via Zoom on May 1 for the case management conference.

**IT IS SO STIPULATED.**

Dated: April 3, 2025                                  GIBSON, DUNN & CRUTCHER LLP

                                                      /s/ L. Kieran Kieckhefer
                                                      L. Kieran Kieckhefer
                                                      Ilissa Samplin
                                                      Shaun A. Mathur
                                                      Ahmed ElDessouki
                                                      Christina Myrold

                                                      *Attorneys for Plaintiff Cadence Design Systems, Inc.*

Dated: April 3, 2025                                  PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

                                                      /s/ Jack Shaw
                                                      Jack Shaw

                                                      *Attorney for Defendants YUNJING INTELLIGENT INNOVATION (SHENZHEN) CO., LTD.; YUNJING INTELLIGENCE ROBOTICS (DONGGUAN) CO., LTD.; YUNJING INTELLIGENCE TECHNOLOGY DEVELOPMENT (DONGGUAN) CO., LTD.; JINGZHI INTELLIGENCE SUPPLY CHAIN (SHENZHEN) CO., LTD.; YUNJING INTELLIGENCE (SHENZEN) CO., LTD.*

**ATTESTATION PURSUANT TO LOCAL RULE 5-1**

I, L. Kieran Kieckhefer, am the ECF user whose identification and password are being used to file this document. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the other signatories hereto.

Dated: April 3, 2025                                         /s/ L. Kieran Kieckhefer
                                                                       L. Kieran Kieckhefer