L. Kieran Kieckhefer (SBN 251978)
kkieckhefer@gibsondunn.com
Christina Myrold (SBN 324183)
cmyrold@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.393.8306

Ilissa Samplin (SBN 314018)
isamplin@gibsondunn.com
Shaun A. Mathur (SBN 311029)
smathur@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Ahmed ElDessouki (*admitted pro hac vice*)
kkieckhefer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

*Attorneys for Plaintiff*
CADENCE DESIGN SYSTEMS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>YUNJING INTELLIGENT INNOVATION (SHENZHEN) CO., LTD. (D/B/A NARWAL), YUNJING INTELLIGENCE ROBOTICS (DONGGUAN) CO., LTD. (D/B/A NARWAL), YUNJING INTELLIGENCE TECHNOLOGY DEVELOPMENT (DONGGUAN) CO., LTD. (D/B/A NARWAL), JINGZHI INTELLIGENCE SUPPLY CHAIN (SHENZHEN) CO., LTD. (D/B/A NARWAL), YUNJING INTELLIGENCE (SHENZHEN) CO., LTD. (D/B/A NARWAL),<br><br>Defendants. | CASE NO. 3:25-cv-00317-AMO<br><br>**[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND APPEAR VIRTUALLY**<br><br>Judge: Hon. Araceli Martínez-Olguín<br><br>Action Filed: January 9, 2025<br>Trial Date: None Set |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE – CASE NO. 3:25-CV-00317

1  Jack Shaw (SBN 309382)
     Jack.shaw@procopio.com
2  PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
   300 El Camino Real, 5 Palo Alto Square, Suite 5-400
3  Palo Alto, California 94306
   Telephone:  650.645.9000
4
5  *Attorney for Defendants YUNJING INTELLIGENT INNOVATION (SHENZHEN) CO., LTD.; YUNJING INTELLIGENCE ROBOTICS (DONGGUAN) CO., LTD.; YUNJING INTELLIGENCE TECHNOLOGY DEVELOPMENT (DONGGUAN) CO., LTD.; JINGZHI INTELLIGENCE SUPPLY CHAIN (SHENZHEN) CO., LTD.; YUNJING INTELLIGENCE (SHENZEN) CO., LTD.*

Gibson, Dunn & Crutcher LLP

2

[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE – CASE NO. 3:25-CV-00317

**[PROPOSED] ORDER**

Having considered the Parties' Joint Administrative Motion to Continue the Initial Case Management Conference and Appear Virtually and for good cause shown, the Court HEREBY ORDERS as follows:

(1) The case management conference set for April 17, 2025 at 10:00 a.m. shall be continued to May 1, 2025 at 10:00 a.m.; and

(2) The Parties may appear remotely via Zoom at the case management conference scheduled for May 1, 2025 at 10:00 a.m.

**IT IS SO ORDERED.**

DATED:

Hon. Araceli Martínez-Olguín
UNITED STATES DISTRICT JUDGE

3

[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE – CASE NO. 3:25-CV-00317

Gibson, Dunn & Crutcher LLP