# Exhibit A

Appliances Memorial Day Sale Ends 6/4. Shop now

Menu    Search Best Buy                                            The Plant    Cart
Marquell    Best Buy Outlet    Best Buy Business    Shop with an Expert

Top Deals    Deal of the Day    Yes, Best Buy Sells That    My Best Buy Memberships

Account    Recently Viewed    Order Status    Saved Items

Best Buy › Appliances › Robot Vacuums








‹    ›

Narwal

# Narwal - Freo Z Ultra Robot Vacuum - Grey

Model: CP-ZD-A00049-00-00    SKU: 6599799

4.2 (10 reviews)

**$1,299.99**    or    **$72.23**/mo.
suggested payments with **18-Month Financing**
Show me how

ⓘ Finance Options  View your offers    ›

🛡 Protect your vacuum
(3,434)
What's included | Terms & Conditions

Accidental Geek Squad Protection

| No Plan | 2-Year $259.99 About $10.83/mo. | 4-Year $529.99 About $11.04/mo. |

## Specifications

| | |
|---|---|
| Pet | Yes |
| Cleaning Path Width | 11 inches |
| Vacuum Type | Robotic vacuums, Robotic mop, Wet/dry vacuums, Robotic vacuums |
| Bin Capacity | 0.26 gallons |
| Product Weight ⓘ | 39.24 pounds |
| Compatible Floor Type | All floors |

See All Specifications

### Availability

| 📦 Pickup | 📦 Shipping |
|---|---|
| Ready on **Sat, Jun 7** | Get it by **Sat, May 31** |

Order now for pickup on Sat, Jun 7 at **The Plant**

🛒 Add to Cart    ♡ Save

Items are covered under Best Buy's Return & Exchange Promise

### Related Item

Sponsored
Narwal Freo Pro Bonus Pack Robot Vacuum, ...
Cleaning Tablet, ZeroTangling Brush, Auto Mo...
Washing - White
(8)




Real advice



**Features** ›

**Questions & Answers** (7) ›

Sponsored

## Compare similar products

   

| | | | |
|---|---|---|---|
| View All Images | View All Images | View All Images | View All Images |
| Narwal - Freo Z Ultra Robot Vacuum - Grey | Roborock - Saros 10 Ultra Thin, Self-Lifting Robot Vacuum and... | Narwal - Freo X Ultra Bonus Pack Robot Vacuum - White | Narwal Freo Pro Bonus Pack Robot Vacuum, Extra Floor Cleaning... |
| **4.2** (10) | **4.5** (12) | **4.0** (7) | **5.0** (8) |
| $1299.99 | $1599.99 | $899.99 | $499.99 |
| The Narwal Freo Z Ultra combines the world's first dual RGB cameras and dual AI chips, providing human-like vision and AI-driven decision-making... | The Roborock Saros 10 is not just a robot vacuum—it's designed to redefine home cleaning. Packed with advanced features and thoughtful design, it... | Narwal Freo X Ultra Bonus Pack Robot Vacuum, Robot Mop and Vacuum with Hyper 8,200 Pa Suction Power, Certified Zero Tangling Brush, DirtSense™... | Introducing the Narwal Freo Pro Bonus Pack, a powerful robot vacuum and mop that combines advanced technology and convenience for a spotless home.... |
| See more... | See more... | See more... | See more... |
| **Pros** | | | |
| ✓ Battery life, Rarely tangled, Remote control | — | — | — |
| **Cons** | | | |
| ⊖ Water tank issue, App compatibility issues, Difficult setup, Erratic cleaning, Small instructions | — | — | — |

## Specs

| Key Specs | General | Dimensions | Features | Performance | Power | Compatibility | Other | Warranty |
|---|---|---|---|---|---|---|---|---|

Compare Additional Products

## Innovate your everyday



Real advice







Narwal Freo Pro Bonus Pack Robot Vacuum, Extra Floor...

(8)

**$499.99** $699.99

🛒 Add to Cart

Roborock - Saros Z70 Robot Vacuum & Mop, OmniGrip...

Not yet reviewed

**$2,599.00**

🛒 Add to Cart

Narwal - Freo Mate Robot Vacuum and Mop Combo,...

(53)

**$449.99** $699.99

🛒 Add to Cart

Narwal - Freo X Ultra Bonus Pack Robot Vacuum - White

(7)

**$899.99**

🛒 Add to Cart

iRobot - Roomba 105 Robot Vacuum + AutoEmpty Do...

Not yet reviewed

**$279.99** $449.99

🛒 Add to Cart

Sponsored

## Reviews



Sponsored



Real advice



iRobot    **Ditch the dock.**    Shop now

Sponsored

**Cart**



Real
advice