# Exhibit B





**Appliances Memorial Day Sale** Ends 6/4. Shop now

Yardbird Best Buy Outlet Best Buy Business Shop with an Expert

Menu Search Best Buy Union City Cart

Top Deals Deal of the Day Yes, Best Buy Sells That My Best Buy Memberships Account Recently Viewed Order Status Saved Items

Best Buy ▸ Appliances ▸ Vacuum Cleaners & Floor Care ▸ Robot Vacuums

Narwal

# Narwal - Freo X Ultra Bonus Pack Robot Vacuum - White

Model: CP-ZD-A00038-00-00 SKU: 6596713

4.0 (7 reviews)

**$899.99** or **$50.00**/mo. suggested payments with **18-Month Financing**

**Show me how**

**Finance Options** View your offers

**Protect your vacuum**
(3,434)
What's included | Terms & Conditions

**Accidental Geek Squad Protection**

| No Plan | 2-Year | 4-Year |
|---|---|---|
| | $229.99 | $449.99 |
| | About $9.58/mo. | About $9.37/mo. |

**Availability**

| Pickup | Shipping |
|---|---|
| Ready on **Tue, Jun 3** | Get it by **Sat, May 31** |

Order now for pickup on Tue, Jun 3 at **Union City**

Add to Cart Save

Items are covered under Best Buy's Return & Exchange Promise

## Specifications

| | |
|---|---|
| **Pet** | Yes |
| **Cleaning Path Width** | 11 inches |
| **Vacuum Type** | Robotic vacuums, Robotic mop, Wet/dry vacuums, Robotic vacuums |
| **Bin Capacity** | 0.26 gallons |
| **Product Weight** | 39.24 pounds |
| **Compatible Floor Type** | All floors |

See All Specifications

## Related Item

Sponsored
Narwal Freo Pro Bonus Pack Robot Vacuum, Cleaning Tablet, ZeroTangling Brush, Auto Mo Washing - White
(8)

Real advice





Case 3:25-cv-00317-AMO    Document 50-2    Filed 06/02/25    Page 3 of 6

Features >

$499.99
$699.99
Add to Cart

Questions & Answers (6) >

From the Manufacturer >

## Customers often buy these together

 eufy - X10 Pro Omni Wi-Fi Connected... (243) $699.99 $799.99  Add to Cart

 Roborock - Qrevo Curv 5XC Robot... Not yet reviewed $899.99 $1,049.99  Add to Cart

 Narwal - Freo Mate Robot Vacuum an... (53) $449.99 $699.99  Add to Cart

 Roborock - S8 MaxV Ultra Robot... (160) $1,299.99 $1,799.99  Add to Cart

 Roborock - Qrevo Curv Wi-Fi... (30) $1,299.99 $1,599.99  Add to Cart

 ECOVACS Robotics - DEEBOT X2 OM... (224) $699.99 $1,499.99  Add to Cart

Sponsored

## Compare similar products


View All Images
**Narwal - Freo X Ultra Bonus Pack Robot Vacuum - White**
4.0 (7)
$899.99
Narwal Freo X Ultra Bonus Pack Robot Vacuum, Robot Mop and Vacuum with Hyper 8,200 Pa Suction Power, Certified Zero Tangling Brush,...
See more...


View All Images
**eufy - X10 Pro Omni Wi-Fi Connected Robot Vacuum & Mop...**
4.6 (243)
$699.99
The World's First MopMaster with 8,000 Pa Powerful Vacuum. Forget Mopping, Go Hands-Free.


View All Images
**Narwal - Freo Z Ultra Robot Vacuum - Grey**
4.2 (10)
$1299.99
The Narwal Freo Z Ultra combines the world's first dual RGB cameras and dual AI chips, providing human-like vision and AI-driven decision-making to...
See more...


View All Images
**Narwal - Freo Mate Robot Vacuum and Mop Combo, Robot Mop and...**
4.4 (53)
$449.99
Narwal Freo Mate Robot Vacuum and Mop Combo, Robot Mop and Vacuum with Auto Mop Washing & Drying, Dirt Sense Ultra Clean, Auto Add Cleaner,...
See more...

Pros


Real advice

|  | — | Suction Power, Navigation, Mopping, Mapping, Ease of use | Battery life, Rarely tangled, Remote control | Navigation, Suction Power, Self-Cleaning, Noise Level, Design |
| --- | --- | --- | --- | --- |
| Cons | — | — | Water tank issue, App compatibility issues, Difficult setup, Erratic cleaning, Small instructions | — |

## Specs

Key Specs | General | Dimensions | Features | Performance | Power | Compatibility | Other | Warranty

Compare Additional Products

## Innovate your everyday                                        Sponsored

Narwal Freo Pro Bonus Pack Robot Vacuum, Extra Floor…
(8)
$499.99 $699.99
Add to Cart

Roborock - Saros Z70 Robot Vacuum & Mop, OmniGrip…
Not yet reviewed
$2,599.00
Add to Cart

Narwal - Freo Z Ultra Robot Vacuum - Grey
(10)
$1,299.99
Add to Cart

Narwal - Freo Mate Robot Vacuum and Mop Combo,…
(53)
$449.99 $699.99
Add to Cart

Roborock - S8 MaxV Ultra Robot Vacuum and Mop w…
(160)
$1,299.99 $1,799.99
Add to Cart

Sponsored

## Reviews


Real advice

Sponsored

Sponsored





Real advice