# Exhibit C

#1 Home Improvement Retailer

 | San Jose (Ge) 9PM | 95113 | W.  | San Jose (Ge) 9PM | 95113 | Shop All Services | DIY | Log In

.../ Appliances / Floor Care & Vacuums / Vacuum Cleaners / Robot Vacuums & Mops

Internet # 332809538   Model # CP-ZD-A00038-00

New

NARWAL
## Freo X Ultra Robot Vacuum and Mop with Base station

★★★★★ (27)   ⌄ Questions & Answers (1)










Share   Print

### SHOP FATHER'S DAY GIFTS

$983.44

 $164.00/mo** suggested payments with 6 months** financing   Apply Now ⓘ



- Robot vacuum and mop combo for pet owners and families with kids
- Exceptional power, minimal maintenance
- AI DirtSense technology keeps cleaning until floors are spotless
- View More Details

Pickup at San Jose (Ge) Delivering to 95113

**Ship to Store**
**Jun 3 - Jun 6**
150 available
**FREE**

**Delivery**
**Thu, Jun 5**
150 available
**FREE**

Feedback

## Protect This Item

Select a Home Depot Protection Plan by Allstate for:

- 3 Year / **$150.00**
- No thanks

What to Expect

This item is only returnable in store.

1

Add to Cart

PayPal

## Free & Easy Returns In Store

Return this item within **90 days** of purchase.

Read Return Policy

## Ask about this product

Get an immediate answer with AI

Type a question

Get an Answer

AI-generated from the text of manufacturer documentation. To verify or get additional information, please contact The Home Depot customer service.

Case 3:25-cv-00317-AMO    Document 50-3    Filed 06/02/25    Page 4 of 6

NARWAL Freo X Ultra Robot Vacuum and Mop with Base station CP-ZD-A00038-00 - The Home Depot

## Loading Recommendations