# Exhibit D

Case 3:25-cv-00317-AMO    Document 50-4    Filed 06/02/25    Page 2 of 6

Save big this Memorial Day. These offers end soon. Shop Now >



What can we help you find?

Shop All    Mylow ^New    Appliances    Bathroom    Building Supplies    Flooring    Lawn & Garden    Lighting    Outdoor    Tools    Plumbing    Doors & Windows    Fath

E. San Jose Lowe's **10 PM** ⌄    95113 ⌄

Prices, Promotions, styles, and availability may vary. Our local stores do not honor online pricing. Prices and availability of products and ser are subject to change without notice. Errors will be corrected where discovered, and Lowe's reserves the right to revoke any stated offer and correct any errors, inaccuracies or omissions including after an order has been submitted.

Cleaning Supplies  /  Floor Cleaning  /  Floor Cleaners



### NARWAL Narwal Accessories Pack for Narwal Freo X Ultra Robot Liquid Floor Cleaner 1 Count

Item #6553080 | Model #CP-PJ-A00093-00-00

Shop NARWAL

☆ ♡☆ ☆ ☆  0  ⌄

## $259 .99

 **$246.99** When you choose 5% savings on eligible purchases every day. Learn How

 Buy Now, Pay Later
$23.47 with 12 monthly payments. **Learn How**

**Pickup**
Ready by **Wed, Jun 4**
100 Available

**Delivery**
As soon as **Wed, Jun 4**
100 Available

📦 FREE Pickup at **E. San Jose Lowe's**

−   1   +                    Add to Cart



NARWAL Narwal Accessories Pack for Narwal Freo X Ultra Robot Liquid Floor Cleaner 1 Count **$259.99**

Shop NARWAL          ☆ ☆ ☆ ☆ ☆  0  ⌄

💲 Members save more.  Join for FREE



# BETTER TOGETHER

| CURRENT ITEM | | Selected | | Selected | | Selected |
|---|---|---|---|---|---|---|

 +  + 

**NARWAL** Narwal Accessories Pack for Narwal Freo X Ultra Robot Liquid Floor Cleaner 1 Count

**Square Scrub** Dry Finish Removal Pad Cellulose fiber/polypropylene Replacement Pad

**Zep** Ready to Use High Traffic High gloss Floor Polish 128 Ounce(s)

**Goof Off** 4 Fluid ounce(s) Liquid All-Purpose Cleaner

## Better Together ▼

Subtotal: $**292**.⁷³

[ Add 4 Items to Cart ]

---

### Best Price. Guaranteed

Find a lower price on an exact item? We'll match it. Some exclusions apply.

Learn More

### FREE Returns

Return it in store or ship it back for free. Eligibility rules apply.

Learn More

### Pay Your Way

Credit card, PayPal or Buy Now, Pay Later options available at checkout. Your choice.

Learn More

---

## Overview

## Specifications

## Reviews ⭐⭐⭐⭐⭐ 0 ( 0 )

## FEATURED PRODUCTS
### Sponsored

NARWAL Narwal Accessories Pack for Narwal Freo X Ultra Robot Liquid Floor Cleaner 1 Count **$259.99**

 ⭐⭐⭐⭐⭐ 0 ▼

Case 3:25-cv-00317-AMO — Document 50-4 — Filed 06/02/25 — Page 4 of 6
NARWAL Accessories Pack For Narwal Freo X Ultra Robot Liquid Floor Cleaner 5CP-P-A0093-0000 at Lowes.com



$20.$^{98}$

★★★★½ 109

**Bona** PowerPlus Unscented Liquid Floor Cleaner 128 Fluid ounce(s)

Add to Cart



$10.$^{98}$

★★★★½ 99

**Bona** Pet System Unscented Liquid Floor Cleaner 32 Fluid ounce(s)

Add to Cart



$8.$^{98}$

★★★★½ 301

**Bona** Unscented Liquid Floor Cleaner 32 Fluid ounce(s)

Add to Cart

$10.$^{98}$

★★★★½ 7

**Bona** PowerPlus 32 Fluid ounce(

---

## CUSTOMERS ALSO VIEWED

More like this item: [ Most Viewed ] [ Similar Price ]



$9.$^{98}$

★★★★★ 115

**Bona** Unscented Liquid Floor Cleaner 34 Fluid ounce(s)

Add to Cart

$10.$^{98}$

★★★★★ 73

**Bona** Pet System Unscented Liquid Floor Cleaner 32 Fluid ounce(s)

Add to Cart

$9.$^{98}$

★★★★★ 124

**Bona** Unscented Liquid Floor Cleaner 34 Fluid ounce(s)

Add to Cart

$11.$^{99}$

★★★★★ 4

**Shark** Vacmop Liquid Floor Cle

---

## REGULARLY BOUGHT TOGETHER

**All** | Mop Refills & Replacement Heads | Floor Polish | All-Purpose Cleaners | Spray Mops | Dust Mops | Shower & Bathtub Cleaners



$1X.$^{99}$

NARWAL Narwal Accessories Pack for Narwal Freo X Ultra Robot Liquid Floor Cleaner 1 Count

Shop NARWAL  ★★★★☆ 2361   ☆☆☆☆☆ 0 ⌄

**Enviroscent** 0.51 Ounce(s) Spring Water and Lotus



$2X.$^{99}$

**Square Scrub** Bucket on a stick Microfiber Replacement Pad 15-Pack

Add to Cart



$29.$^{48}$
$259.99

**Diamond Shine** Diamond Shine 10 Ounce(s) Whitening Shower and Bathtub Cleaner 3-Pack

Add to Cart

$11.$^{48}$

★★★★★ 2

**Permatex** 1

Add to Cart

## PREVIOUSLY VIEWED



$339.⁹⁹

**NARWAL** Narwal

$1,099.⁹⁹

★★★★★ 37

**NARWAL** Narwal

$259.⁹⁹

**NARWAL** Narwal Accessories Pack for Narwal Freo X Ultra Robot Liquid Floor Cleaner 1 Count

Add to Cart

Add to Cart

Add to Cart

## RELATED SEARCHES

NARWAL Floor Cleaners

Floor Cleaners

Bona Floor Cleaners

Rejuvenate Floor Cleaners

Pinalen Floor Cleaners

🔼 Back to Top

Ask Mylow

Contact Us & FAQ

Order Status

Lowe's Credit Center

Gift Cards

Installation Services

Lowe

About Lowe's

Stores & Services

Customer Service

Privacy & Use

**CONNECT WITH US**

**ABOUT LOWE'S**

**STORES & SERVICES**

**CUSTOMER SERVICE**

**CONNECT WITH US**

NARWAL Narwal Accessories Pack for Narwal Freo X Ultra Robot Liquid Floor Cleaner 1 Count **$259.99**

Shop NARWAL   ☆☆☆☆☆ 0

**PRIVACY & USE**

5/29/25, 2:35 PM
NARWAL Accessories Pack For Narwal Freo X Ultra Robot Liquid Floor Cleaner.CP-PF-A0093001-00at Lowes.com

Case 3:25-cv-00317-AMO    Document 50-4    Filed 06/02/25    Page 6 of 6

| Who We Are | Find a Store | FAQ/Contact Us | Terms |
| Careers | Store Directory | Rebates | Privacy Statement |
| Our Responsibilities | Brand Directory | Returns & Exchanges | Interest-Based Ads |
| Investors | Store Services | Pickup, Shipping & Delivery | Your CA Privacy Rights |
| Newsroom | Subscriptions | Special Orders | Do Not Sell/Share My Personal Information |
| Lowe's Suppliers | DIY Workshops | Recalls & Product Safety | Limit the Use of My Sensitive Personal Info |
| Safety Unites Us | MyLowe's Rewards Program | Protection Plans | Notice of Financial Incentive/Loyalty Progr |
| Lowe's Creators | Resources for Pros | Military Discount | |
| Lowe's Brands | MyLowe's Pro Rewards Program | Coupons | |
| Lowe's Marketplace | Site Directory | | |
| | Best Sellers | | |
| | Lowe's Rental | | |

© 2025 Lowe's. All rights reserved. Lowe's and the Gable Mansard Design are registered trademarks of LF, LLC.