# Exhibit E

Save big this Memorial Day. These offers end soon. Shop Now >

What can we help you find?

Shop All | Mylow *New* | Appliances | Bathroom | Building Supplies | Flooring | Lawn & Garden | Lighting | Outdoor | Tools | Plumbing | Doors & Windows | Fath

E. San Jose Lowe's  10 PM     95113

Prices, Promotions, styles, and availability may vary. Our local stores do not honor online pricing. Prices and availability of products and ser are subject to change without notice. Errors will be corrected where discovered, and Lowe's reserves the right to revoke any stated offer and correct any errors, inaccuracies or omissions including after an order has been submitted.

Appliances / Vacuum Cleaners & Floor Care / Vacuum Cleaners / Robotic Vacuums

# NARWAL Narwal

Item #6553079 | Model #CP-ZD-A00071-00-00

Shop NARWAL        ☆☆☆☆☆ 0

ⓘ Viewed 05/28/2025                           More Re



$339.99    OR    $57 / month
Suggested payments with 6 month special financing. Learn How

**Additional Payment Options**

$322.99 When you choose 5% savings on eligible purchases every day. Learn How

$30.69 with 12 monthly payments. Learn How

NARWAL Narwal          $339.99
What We Offer
Shop NARWAL      ☆☆☆☆☆ 0



Add to Cart

**Pickup**
Ready by **Mon, Jun 9**
50 Available

**Delivery**
As soon as **Fri, Jun 6**
50 Available

FREE Pickup at **E. San Jose Lowe's**

Members save more. Join for FREE

## BETTER TOGETHER

CURRENT ITEM

**NARWAL** Narwal

\+ Selected

**Febreze** Vacuum Bags 3 -Pack 9.3-Liter Disposable Paper Vacuum Bag

\+ Selected

Bestseller

**iRobot** E, i and j Roomba models 3 Robotic vacuum filters

\+ Selected

**BISSELL** Featherweight Stick Vacuum Cleaner (Convertible to Handheld)

### Better Together

Subtotal: $410.46

Add 4 Items to Cart

**Best Price. Guaranteed**

Find a lower price on an exact item? We'll match it. Some exclusions apply.

Learn More

**FREE Returns**

Return it in store or ship it back for free. Eligibility rules apply.

Learn More

**Pay Your Way**

Credit card, PayPal or Buy Now, Pay Later options available at checkout. Your choice.

Learn More

NARWAL Narwal **$339.99**

Shop NARWAL ☆☆☆☆☆ 0

Case 3:25-cv-00317-AMO    Document 50-5    Filed 06/02/25    Page 4 of 7

- Industry-Leading 7,800Pa Hyper Suction Power for pet hair, and great performance on carpet that removes 99%+ of particles from wooden floors.
- Millimeter Tri-Laser Obstacle Avoidance: Effectively avoid small and low-lying obstacles thanks to 3 lasers (front, side, and lidar). Tackles dark, hard-to-reach areas under furniture.
- Freo X Plus Robot Vacuum and Mop

## Product Features

## Specifications

### Certifications

| CA Residents: Prop 65 Warning(s) | No |
|---|---|

### Miscellaneous

| UNSPSC | 47121600 |
|---|---|

Check out the Best Selling Robotic Vacuums on Lowes.com

## Compare

## Reviews   0 ( 0 )

## Community Q & A

### FEATURED PRODUCTS
*Sponsored*



$229.00

641

**Electrolux** Ergorapido Chili Red Cordless Pet Stick Vacuum Cleaner (Convertible to Handheld)

$248.00
$310.00 Save 20%

124

**Electrolux** WellQ7 Cordless Pet Stick Vacuum Cleaner (Convertible to Handheld)

$349.99
$469.99 Save 25%

3379

**Dyson** V8 Cordless Pet Stick Vacuum Cleaner (Convertible to Handheld)

$949.99

**Dyson** Submari... Vacuum Clean...

NARWAL Narwal
Shop NARWAL

$339.99

Add to Cart       0       Add to Cart       Add to Cart       Add to Cart

### MORE TO EXPLORE

Customers Also Viewed | Customers Ultimately Bought

More like this item: Most Viewed | Same Brand | Similar Price



$419.99
$819.99 Save 48%
★★★★☆ 61
**Roborock** Self-Empty dock Auto Charging Self Emptying Pet Robotic Vacuum Cleaner and Mop
Add to Cart



$399.99
$749.99 Save 46%
★★★★★ 38
**Roborock** Auto Charging Pet Robotic Vacuum Cleaner and Mop
Add to Cart



$199.99
★★★★☆ 52
**Anker** RoboVac 15T Auto Charging Robotic Vacuum Cleaner with HEPA Filter
Add to Cart



$699.99
$1,299.99 Save 46%
★★★★☆ 2
**Roborock** All-in-1 Self Emptying Pet R...
Add to Cart

## REGULARLY BOUGHT TOGETHER

**All** | Vacuum Bags | Robotic Vacuum Accessories | Handheld Vacuums | Stick Vacuums | Air Purifiers | Steam Cleaners & Mops



$29.99

**Greenworks** 7 Robotic vacuum replenishment kit
Add to Cart

$199.00
★★★★☆ 188
**Samsung** Clean Station Robotic vacuum filters
Add to Cart



$152.89

**IRIS** Cordless Car Handheld Vacuum Cleaner
Add to Cart

$259.99
★★★★★ 4
**Shark** Co... Cleaning

## PREVIOUSLY VIEWED

NARWAL Narwal
Shop NARWAL    ☆☆☆☆☆ 0



$339.99

$339.99



$1,099.99



$259.99

Case 3:25-cv-00317-AMO    Document 50-5    Filed 06/02/25    Page 6 of 7

**NARWAL** Narwal

**NARWAL** Narwal

**NARWAL** Narwal Accessories Pack for Narwal Freo X Ultra Robot Liquid Floor Cleaner 1 Count

⭐⭐⭐⭐⭐ 37

Add to Cart

Add to Cart

Add to Cart

## ARTICLES FOR YOU



Buying Guides

**10 Advantages of Using a Robotic Vacuum Cleaner**

Find out the best 10 advantages of using a robotic vacuum cleaner in this guide, the perfect solution for saving time on time-consuming-vacuuming tasks.



Inspiration

**Vacuum Cleaner Storage Ideas**

Looking for smart vacuum cleaner storage solutions to keep your home organized. Find creative ideas for storing your vacuum cleaner efficiently.



Buying Guides

**Everything You Need**

Keep your vacuum running parts and replacing anythin

## RELATED SEARCHES

| NARWAL Robotic Vacuums | Robotic Vacuums | Roomba® 105 Combo Robotic Vacuums | Roomba® 105 Combo Robotic Vacuums |

🔺 Back to Top

 Ask Mylow

 Contact Us & FAQ

 Order Status

 Lowe's Credit Center

 Gift Cards

 Installation Services

Lowe

About Lowe's

Stores & Services

Customer Service

Privacy & Use

**CONNECT WITH US**

| | | | |
|---|---|---|---|
| ABOUT LOWE'S | STORES & SERVICES | CUSTOMER SERVICE | CONNECT WITH US |
| Who We Are | Find a Store | FAQ/Contact Us | |
| Careers | Store Directory | Rebates | |
| Our Responsibilities | Brand Directory | Returns & Exchanges | |


Shop NARWAL

$339.99

| | | | |
|---|---|---|---|
| Investors | Store Services | Pickup, Shipping & Delivery | Terms |
| Newsroom | Subscriptions | Special Orders | Privacy Statement |
| Lowe's Suppliers | DIY Workshops | Recalls & Product Safety | Interest-Based Ads |
| Safety Unites Us | MyLowe's Rewards Program | Protection Plans | Your CA Privacy Rights |
| Lowe's Creators | Resources for Pros | Military Discount | Do Not Sell/Share My Personal Information |
| Lowe's Brands | MyLowe's Pro Rewards Program | Coupons | Limit the Use of My Sensitive Personal Information |
| Lowe's Marketplace | Site Directory | | Notice of Financial Incentive/Loyalty Program |
| | Best Sellers | | |
| | Lowe's Rental | | |

© 2025 Lowe's. All rights reserved. Lowe's and the Gable Mansard Design are registered trademarks of LF, LLC.