# Exhibit F

5/29/25, 2:31 PM  NARWAL Preo X Ultra Bonus Pack Robot Vacuum and Mop Liquid Floor Cleaner CP-ZD-A00038-00-00 at Lowes.com

Case 3:25-cv-00317-AMO    Document 50-6    Filed 06/02/25    Page 2 of 5

Save big this Memorial Day. These offers end soon. Shop Now >

**What can we help you find?**

Shop All | Mylow (New) | Appliances | Bathroom | Building Supplies | Flooring | Lawn & Garden | Lighting | Outdoor | Tools | Plumbing | Doors & Windows | Fath

E. San Jose Lowe's 10 PM    95113

Prices, Promotions, styles, and availability may vary. Our local stores do not honor online pricing. Prices and availability of products and ser are subject to change without notice. Errors will be corrected where discovered, and Lowe's reserves the right to revoke any stated offer and correct any errors, inaccuracies or omissions including after an order has been submitted.

Appliances / Vacuum Cleaners & Floor Care / Vacuum Cleaners / Robotic Vacuums

### NARWAL Narwal

Item #6553077 | Model #CP-ZD-A00038-00-00

Shop NARWAL    ★★★★★ 4.7    37

Viewed 05/29/2025    More Re



+3

$1,099.99    OR    $184 / month

Suggested payments with 6 month special financing.   Learn How

**Additional Payment Options**

$1044.99 When you choose 5% savings on eligible purchases every day.   Learn How

$68.62 with 18 monthly payments.   Learn How

NARWAL Narwal    $1,099.99

What We Offer

Shop NARWAL    ★★★★★ 4.7    37

Need assistance?

Case 3:25-cv-00317-AMO    Document 50-6    Filed 06/02/25    Page 3 of 5

Add to Cart

| Pickup | Delivery |
|---|---|
| Ready by **Mon, Jun 9** | As soon as **Fri, Jun 6** |
| 50 Available | 50 Available |

FREE Pickup at **E. San Jose Lowe's**

Members save more.  **Join for FREE**

## BETTER TOGETHER



| CURRENT ITEM | Selected | Selected (Bestseller) | Selected |
|---|---|---|---|
| **NARWAL** Narwal | **Febreze** Vacuum Bags 3-Pack 9.3-Liter Disposable Paper Vacuum Bag | **iRobot** E, i and j Roomba models 3 Robotic vacuum filters | **BISSELL** Featherweight Stick Vacuum Cleaner (Convertible to Handheld) |

**Better Together** ▼

Subtotal: $**1,170**.46

Add 4 Items to Cart



Smart cleaning solutions, starting at $149.99.
Save on select Roomba® robots.
Offer ends 6/14/25.

Shop Now

---

**Best Price. Guaranteed**
Find a lower price on an exact item? We'll match it. Some exclusions apply.
Learn More

**FREE Returns**
Return it in store or ship it back for free. Eligibility rules apply.
Learn More

**Pay Your Way**
Credit card, PayPal or Buy Now, Pay Later options available at checkout. Your choice.
Learn More

NARWAL Narwal
$1,099.99
Shop NARWAL    ★★★★★ 4.7   37

Need assistance?

5/29/25, 2:31 PM NARWAL Freo X Ultra Bonus Pack Robotic Vacuum and Mop Liquid Floor Cleaner 5CP-ZB-A0036-01-06 at Lowes.com

Case 3:25-cv-00317-AMO    Document 50-6    Filed 06/02/25    Page 4 of 5

## Overview

- Exceptional power andMinimal maintenance that unleashes the power of effortless cleaning with Freo X Ultra, the intelligent robot vacuum and mop combo.
- Equipped with AI DirtSense technology and EdgeSwing Technology, this device ensures thorough cleaning, reaching every corner of your home.
- Freo X Ultra Robot Vacuum with Self-Cleaning Station

## Product Features

## Specifications

### Certifications

| CA Residents: Prop 65 Warning(s) | No |  |  |
|---|---|---|---|

### Miscellaneous

| UNSPSC | 47121600 |  |  |
|---|---|---|---|

Check out the **Best Selling Robotic Vacuums** on Lowes.com

**Reviews**   4.7 ( 37 )

### RELATED SEARCHES

| NARWAL Robotic Vacuums | Robotic Vacuums | Shark Robotic Vacuums | Roborock Robotic Vacuums | Dyson Robotic V |

▲ Back to Top

| Ask Mylow | Contact Us & FAQ | Order Status | Lowe's Credit Center | Gift Cards | Installation Services |

About Lowe's

Stores & Services

Customer Service

NARWAL Narwal  $1,099.99

Shop NARWAL   ★★★★★ 4.7   37

5/29/25, 2:31 PM NARWAL Freo X Ultra Boost Pack Robot Vacuum and Mop Liquid Floor Cleaner CP-ZP-A00035-00-00 at Lowes.com

Case 3:25-cv-00317-AMO    Document 50-6    Filed 06/02/25    Page 5 of 5

| ABOUT LOWE'S | STORES & SERVICES | CUSTOMER SERVICE | CONNECT WITH US |
| --- | --- | --- | --- |
| Who We Are | Find a Store | FAQ/Contact Us | Facebook  X  Pinterest  Instagram  YouTube |
| Careers | Store Directory | Rebates | |
| Our Responsibilities | Brand Directory | Returns & Exchanges | PRIVACY & USE |
| Investors | Store Services | Pickup, Shipping & Delivery | Terms |
| Newsroom | Subscriptions | Special Orders | Privacy Statement |
| Lowe's Suppliers | DIY Workshops | Recalls & Product Safety | Interest-Based Ads |
| Safety Unites Us | MyLowe's Rewards Program | Protection Plans | Your CA Privacy Rights |
| Lowe's Creators | Resources for Pros | Military Discount | Do Not Sell/Share My Personal Information |
| Lowe's Brands | MyLowe's Pro Rewards Program | Coupons | Limit the Use of My Sensitive Personal Information |
| Lowe's Marketplace | Site Directory | | Notice of Financial Incentive/Loyalty Program |
| | Best Sellers | | |
| | Lowe's Rental | | |

© 2025 Lowe's. All rights reserved. Lowe's and the Gable Mansard Design are registered trademarks of LF, LLC.

Need assistance?