# Exhibit G

Case 3:25-cv-00317-AMO    Document 50-7    Filed 06/02/25    Page 2 of 8

Ship to 95113    San Jose College Park

robot vacuum >

Add Dyson V15 Detect vacuum to your wedding registry

Target > Home > Home Appliances > Vacuums & Floor Cleaning > Robot Vacuums

**Shop all Narwal**

## Narwal Freo X Ultra Bonus Cordless Robotic Vacuum White: HEPA Filter, Smart Mapping, Self-Emptying, Pet Hair Pick Up

★★★★★ 37

**$699.99** reg $899.99
**Sale** save $200.00 (22% off)

| Pickup | Delivery | Shipping |
|---|---|---|
| Not available | Check availability | Arrives by Wed, Jun 4 |

**Ship to 95113**    Edit location

**Arrives by Wed, Jun 4**
Ships free - exclusions apply

⚠ This item ships in its manufacturer's packaging, revealing what's inside. · Details

Qty 1    **Add to cart**

**Sign in to buy now**

5/29/25, 2:14 PM   Narwal Freo X Ultra Bonus Cordless Robotic Vacuum White: HEPA Filter, Smart Mapping, Self-Emptying, Pet Hair Pick Up : Target

Case 3:25-cv-00317-AMO   Document 50-7   Filed 06/02/25   Page 3 of 8

2 Year Electronics Protection Plan ($600-$699.99) - Allstate

$75.00 · See plan details

Eligible for registries and wish lists

Sign in

Save 5% every day
With Target Circle™ Card

Pay as low as $46/mo or 0% APR
With Affirm

### At a glance

Pet Hair Pick Up                Hardwood

Bagless                         Multi-surface

Electrical Plug Power Source    Battery Power Source

Show more

Add Dyson V15 Detect vacuum to your wedding registry   dyson

Sponsored

5/29/25, 2:14 PM                    Narwal Freo X Ultra Bonus Cordless Robotic Vacuum White : HEPA Filter, Smart Mapping, Self-Emptying, Pet Hair Pick Up : Target

Case 3:25-cv-00317-AMO    Document 50-7    Filed 06/02/25    Page 4 of 8



Show more images

## About this item

### Details

**Highlights**

- 1. Hyper 8,200 Pa Suction Power
- 2. Certified Zero Tangling Roller Brush
- 3. Spinning and Scrubbing Mops
- 4. All-in-One Base Station
- 5. DirtSense™ Technology

**Description**

Narwal Freo X Ultra Bonus Pack boasts a powerful 8,200 Pa suction that effortlessly extracts deep dirt from any surface, including carpets and rugs. It is certified to remove up to 99%* of particles from hard flooring. No dust, no debris, no bother.

Ideal for pet owners, Narwal Freo X Ultra Bonus Pack is certified by SGS and TÜV to

Show more

Case 3:25-cv-00317-AMO    Document 50-7    Filed 06/02/25    Page 5 of 8

Specifications

Shipping & Returns

Q&A

Reset & refresh your bedroom all summer    Buy Tide, Puffs & Febreze items.


Sponsored

## Discover more options



## Related categories

## Your views

## Guests also viewed

## Featured products

## Guest ratings & reviews

Case 3:25-cv-00317-AMO    Document 50-7    Filed 06/02/25    Page 7 of 8

Case 3:25-cv-00317-AMO    Document 50-7    Filed 06/02/25    Page 8 of 8

**Get top deals, latest trends, and more.**

Email address

Sign up

Privacy policy