Jack Shaw (Bar No. 309382)
E-mail:jshaw@cjsjlaw.com
CHERRY JOHNSON SIEGMUND JAMES PC
8149 Walnut Hill Ln., Suite 105
Dallas, TX 75231
Telephone: 254.732.2242
Facsimile:  866.627.3509

ATTORNEY FOR DEFENDANTS

*[Additional Counsel on Next Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC.,<br><br>Plaintiff(s),<br><br>v.<br><br>YUNJING INTELLIGENT INNOVATION (SHENZHEN) CO., LTD. (D/B/A NARWAL), YUNJING INTELLIGENCE ROBOTICS (DONGGUAN) CO., LTD. (D/B/A NARWAL), YUNJING INTELLIGENCE TECHNOLOGY DEVELOPMENT (DONGGUAN) CO., LTD. (D/B/A NARWAL), JINGZHI INTELLIGENCE SUPPLY CHAIN (SHENZHEN) CO., LTD. (D/B/A NARWAL), YUNJING INTELLIGENCE (SHENZHEN) CO., LTD. (D/B/A NARWAL),<br><br>Defendant(s). | Case No. 3:25-cv-00317-AMO<br><br>**JOINT ADMINISTRATIVE MOTION TO CONDUCT THE HEARING ON DEFENDANTS' MOTION TO STAY DISCOVERY OVER ZOOM**<br><br>Judge:   Hon. Araceli Martinez-Olguin<br><br>Action Filed:   January 9, 2025<br>Trial Date:      June 14, 2027 |

```
 1  L. Kieran Kieckhefer (SBN 251978)
    kkieckhefer@gibsondunn.com
 2  Christina Myrold (SBN 324183)
    cmyrold@gibsondunn.com
 3  GIBSON, DUNN & CRUTCHER LLP
    One Embarcadero Center, Suite 2600
 4  San Francisco, CA 94111-3715
 5  Telephone: 415.393.8200
    Facsimile: 415.393.8306
 6
    Ahmed ElDessouki (admitted pro hac vice)
 7  kkieckhefer@gibsondunn.com
    GIBSON, DUNN & CRUTCHER LLP
 8  200 Park Avenue
 9  New York, NY 10166-0193
    Telephone: 212.351.4000
10  Facsimile: 212.351.4035

11  Ilissa Samplin (SBN 314018)
12  isamplin@gibsondunn.com
    Shaun A. Mathur (SBN 311029)
13  smathur@gibsondunn.com
    GIBSON, DUNN & CRUTCHER LLP
14  333 South Grand Avenue
    Los Angeles, CA 90071-3197
15  Telephone: 213.229.7000
    Facsimile: 213.229.7520
16
17  Attorneys for Plaintiff
    CADENCE DESIGN SYSTEMS, INC.
```

2

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Please take notice that, pursuant to Civil Local Rules 7-11, and 7-12, and the Court's Standing Order for Civil Cases Before District Judge Araceli Martínez-Olguín, Defendants Yunjing Intelligent Innovation (Shenzhen) Co., Ltd. (d/b/a Narwal), Yunjing Intelligence Robotics (Dongguan) Co., Ltd. (d/b/a Narwal), Yunjing Intelligence Technology Development (Dongguan) Co., Ltd. (d/b/a Narwal), Jingzhi Intelligence Supply Chain (Shenzhen) Co., Ltd. (d/b/a Narwal), and Yungjing Intelligence (Shenzhen) Co., Ltd. (d/b/a Narwal) (collectively, "Defendants" or "Narwal") and Plaintiff Cadence Design Systems, Inc. ("Plaintiff" or "Cadence") (together, the "Parties"), jointly move to conduct the hearing on Defendants' Motion to Stay Discovery Pending Resolution of Defendants' Motion to Dismiss ("Motion to Stay Discovery") on August 7, 2025, by Zoom.

In further support of this Joint Administrative Motion and Stipulation, the Parties state as follows:

**WHEREAS**, on May 5, 2025, Defendants filed a Motion to Stay Discovery and noticed the motion for hearing on August 7, 2025 at 2:00 p.m.;

**WHEREAS**, the Parties believe they can efficiently and effectively address Defendants' Motion to Stay Discovery by appearing remotely for the hearing;

**NOW, THEREFORE**, subject to the approval of the Court, and for good cause shown, the Parties hereby stipulate and agree as follows:

The hearing on Defendants' Motion to Stay Discovery set for August 7, 2025, at 2:00 p.m. will be conducted by Zoom.

**IT IS SO STIPULATED**

3

| | | |
|---|---|---|
| 1 | Dated: July 28, 2025 | CHERRY JOHNSON SIEGMUND JAMES, PC |
| 2 | | |
| 3 | | */s/ Jack Shaw* |
| 4 | | Jack Shaw<br>Attorney for Defendants |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | Dated: July 28, 2025 | GIBSON, DUNN & CRUTCHER LLP |
| 9 | | |
| 10 | | |
| 11 | | */s/ Ilissa Samplin*<br>L. Kieran Kieckhefer |
| 12 | | Ilissa Samplin<br>Shaun A. Mathur |
| 13 | | Ahmed ElDessouki<br>Christina Myrold |
| 14 | | |
| 15 | | Attorneys for Plaintiff Cadence Design Systems, Inc. |

**ATTESTATION PURSUANT TO LOCAL RULE 5-1**

I, Jack Shaw, am the ECF user whose identification and password are being used to file this document. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the other signatories hereto.

Dated: July 28, 2025

*/s/ Jack Shaw*
Jack Shaw