# Exhibit A1

**NARWAL**  首页   社会招聘   校园招聘   实习生招聘   关于云鲸   登录/注册



| 🔍 工程 | 搜索职位 |

| 招聘类别 | 不限 | 社会招聘 | 校园招聘 | 实习生招聘 | | |
|---|---|---|---|---|---|---|
| 工作地点 | 不限 | 广东省 | 北京市 | 天津市 | 深圳市 | 杭州市 | 苏州市 | 更多 ▾ |
| 发布时间 | 不限 | 三天内 | 一周内 | 一个月内 | 三个月内 | 半年内 | 一年内 |

全部职位（共 64 个）                                                                      ⤴ 分享列表全部

---

### 振动噪声工程师(J12951)

社会招聘   全职   📍 广东省·深圳市                                           2025-10-31 发布

**工作职责**

🔥 **热招职位**                              查看更多 ›

**具身算法工程师（26届）(J13959)**
2025-11-10 发布

**机器学习算法工程师（26届）(J13983)**
2025-11-10 发布

**感知算法工程师（26届）(J13958)**
2025-11-10 发布

**规划控制算法工程师（26届）(J13963)**
2025-11-10 发布

**传感器工程师（开发方向）（26届）(...**

**NARWAL**  首页   社会招聘   校园招聘   实习生招聘   关于云鲸   登录/注册

校园招聘   全职   广东省·深圳市                                                                                                     2025-09-15 发布

**工作职责**

1、负责基于图像的AI算法落地工作，包括但不限于深度学习、感知等算法在ARM.DSP, GPU, NPU等芯片部署领域研究；
2、负责相关AI算法的优化，机器人系统优化，芯片算力评估，异构计算框架；
3、根据公司业务需求，利用前沿技术探索解决产品核心问题，搭建算法部署的计算平台，持续创造有价值的产品功能。

**任职资格**

1、包括但不限于人工智能、模式识别、自动化、计算机、通信工程，网络工程，计算机，信号与信息处理等专业的硕士与博士；
2、了解caffe、PyTorch、TensorFlow等部署框架；
3、了解Slam算法，具备嵌入式芯片软件开发基础知识；参与实际工程项目者优先；
4、具备良好代码功底和工程思维，熟练掌握python，C/C++；
5、参加各种机器人竞赛，编程竞赛，优秀者优先。

立即投递   ☆ 收藏                                                                                                                       查看详情 >

---

## 硬件开发工程师（26届）(J13974)

校园招聘   全职   广东省·深圳市                                                                                                     2025-09-15 发布

**工作职责**

1、负责机器人相关的硬件设计工作；能根据系统方案对器件进行选型，并完成单板的相关设计工作；
2、负责开发过程和试产过程的问题解决；
3、有成本意识和质量意识，对交付物的成本进行控制，并保证交付物的质量；
4、完成设计开发过程中技术文件的编写和归档。

**任职资格**

 云鲸智能

**NARWAL**　　　　　　　　　　　　　　首页　　　社会招聘　　　校园招聘　　　实习生招聘　　　关于云鲸　　　登录/注册

4、具有较强动手能力和调试能力，掌握示波器，数字电源等使用方法；
5、熟练使用ORCAD进行原理图绘制，掌握PCB LAYOUT问题的审阅方法；
6、具有良好的文档整理思维。

立即投递　　　☆ 收藏　　　　　　　　　　　　　　　　　　　　　　查看详情 >

︿

## 可靠性工程师(J13968)

社会招聘　　全职　　📍 江苏省·苏州市　　　　　　　　　　　　　　　　2025-09-11 发布

**工作职责**

1、制定系统的整机可靠性测试方案和计划，包含整机环境适应性、整机寿命、整机包装和物料表面处理；
2、依据国家标准和行业标准，结合产品实际情况、市场问题、竞品测试等，维护和更新可靠性测试方案，保障产品竞争力；
3、根据产品规格/关键零部件要求，对齐产品设计规格和标准要求，进行可靠性试验设计，数据分析，加速模型构建和拟合等；
4、统筹可靠性测试资源，指导执行测试用例，跟踪测试进度，汇总测试数据并编写测试报告，对测试结果负责；
5、对可靠性测试中的失效问题，做初步定位，并协助开发进行失效分析以及验证回归；
6、针对产品特点和要求，提出可靠性评估建议和改善措施，并落地执行；
7、深入了解行业发展信息、行业测试标准、行业关键问题，持续优化可靠性测试标准，建立完整的可靠性测试体系和框架，更贴合用户场景；
8、参与可靠性测试过程中自动化落地，包括测试内容、平台等方面，提高可靠性测试效率。

**任职资格**

1、 本科及以上学历，5年以上工作经验，机械、材料、电子电气工程、可靠性与质量相关专业，或具备可靠性相关项目背景；
2、具备可靠性试验设计、失效机理分析、数理统计与寿命建模能力；
3、在环境可靠性、寿命可靠性至少1个方向有深入的研究，熟悉环境、防护、机械、寿命等测试标准和方法；
4、具备良好的团队合作精神，较强的组织协调能力和内外部沟通能力，较强的抗压能力，逻辑清晰、执行力强；
5、有家用洗地机或机器人可靠性工作经验者优先。