L. Kieran Kieckhefer (SBN 251978)
   kkieckhefer@gibsondunn.com
Christina Myrold (SBN 324183)
   cmyrold@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone: 415.393.8200
Facsimile: 415.393.8306

Ilissa Samplin (SBN 314018)
   isamplin@gibsondunn.com
Shaun A. Mathur (SBN 311029)
   smathur@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Ahmed ElDessouki (*admitted pro hac vice*)
   aeldessouki@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

*Attorneys for Plaintiff*
*CADENCE DESIGN SYSTEMS, INC.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>   v.<br><br>YUNJING INTELLIGENT INNOVATION (SHENZHEN) CO., LTD. (D/B/A NARWAL), YUNJING INTELLIGENCE ROBOTICS (DONGGUAN) CO., LTD. (D/B/A NARWAL), YUNJING INTELLIGENCE TECHNOLOGY DEVELOPMENT (DONGGUAN) CO., LTD. (D/B/A NARWAL), JINGZHI INTELLIGENCE SUPPLY CHAIN (SHENZHEN) CO., LTD. (D/B/A NARWAL), YUNJING INTELLIGENCE (SHENZHEN) CO., LTD. (D/B/A NARWAL),<br><br>    Defendants. | CASE NO. 3:25-cv-00317-AMO<br><br>**DECLARATION OF CHRISTINA MYROLD IN SUPPORT OF CADENCE'S MOTION TO SUPPLEMENT THE RECORD ON NARWAL'S MOTION TO DISMISS COMPLAINT**<br><br>Judge:    Hon. Araceli Martínez-Olguín<br><br>Hearing Date:    May 28, 2026<br>Time:    2:00 pm<br>Action Filed:    January 9, 2025<br>Trial Date:    June 14, 2027 |

I, Christina Myrold, hereby declare as follows:

1.      I am an attorney licensed to practice law in the State of California and in the United States District Court for the Northern District of California. I am an attorney at the law firm of Gibson, Dunn & Crutcher LLP, and I am counsel for Plaintiff Cadence Design Systems, Inc. ("Plaintiff" or "Cadence") in this case. I have personal knowledge of the facts stated below and, if called as a witness, could and would testify competently thereto. I submit this declaration in support of Cadence's Motion to Supplement the Record on Narwal's Motion to Dismiss.

2.      Attached hereto as **Exhibit A-1** is a true and correct copy of the Civil Complaint filed by Yunjing Intelligent Innovation (Shenzhen) Co., Ltd. against Cadence Enterprise Management (Shanghai) Co., Ltd., *et al.*, on November 13, 2025, in Shanghai Court, Case No. (2025) 沪73知民初282号. Also attached hereto as **Exhibit A-2** is an official English translation of Exhibit A-1. The original document is in Chinese but has been translated to English for the Court's convenience. The document was translated by TransPerfect Translations, Inc., which is a professional translation services company. Exhibit A-2 includes a certification from TransPerfect attesting to the accuracy of the translation and describing the linguist's qualifications and expertise regarding language translation.

3.      Attached hereto as **Exhibit B-1** is a true and correct copy of the Evidence List filed by Yunjing Intelligent Innovation (Shenzhen) Co., Ltd. against Cadence Enterprise Management (Shanghai) Co., Ltd., *et al.*, on November 13, 2025, in Shanghai Court, Case No. (2025) 沪73知民初282号. Also attached hereto as **Exhibit B-2** is an English translation of Exhibit B-1. The original document is in Chinese but has been translated to English for the Court's convenience. The document was translated by TransPerfect Translations, Inc., which is a professional translation services company. Exhibit B-2 includes a certification from TransPerfect attesting to the accuracy of the translation and describing the linguist's qualifications and expertise regarding language translation.

4.      Attached hereto as **Exhibit C-1** is a true and correct copy of the Civil Complaint filed by Cloud Whale Intelligent Innovation (Shenzhen) Co., Ltd. against Shanghai Cadence Electronics Technology Co., Ltd., *et al.*, on November 13, 2025, in Shanghai Court, Case No. (2025) 沪73知民初282号. Also attached hereto as **Exhibit C-2** is an English translation of Exhibit C-1. The original document is in Chinese but has been translated to English for the Court's convenience. The document

was translated by TransPerfect Translations, Inc., which is a professional translation services company. Exhibit C-2 includes a certification from TransPerfect attesting to the accuracy of the translation and describing the linguist's qualifications and expertise regarding language translation.

5. Attached hereto as **Exhibit D-1** is a true and correct copy of the Evidence List filed by Cloud Whale Intelligent Innovation (Shenzhen) Co., Ltd. against Shanghai Cadence Electronics Technology Co., Ltd., *et al.*, on November 13, 2025, in Shanghai Court, Case No. (2025) 沪73知民初282号. Also attached hereto as **Exhibit D-2** is an English translation of Exhibit D-1. The original document is in Chinese but has been translated to English for the Court's convenience. The document was translated by TransPerfect Translations, Inc., which is a professional translation services company. Exhibit D-2 includes a certification from TransPerfect attesting to the accuracy of the translation and describing the linguist's qualifications and expertise regarding language translation.

6. On November 24, 2025, Cadence learned that its two wholly-owned Shanghai subsidiaries—Cadence Enterprise Management (Shanghai) Co., Ltd. and Shanghai Cadence Electronics Technology Co., Ltd.—had been jointly sued in China by Yunjing Intelligent Innovation (Shenzhen) Co., Ltd. (together, the "China Lawsuits"). Since that time, Cadence has worked diligently to determine whether the documents filed in the China Lawsuits could be filed in this Court without violating relevant confidentiality restrictions or privacy laws in China. Having now confirmed that Chinese laws do not prevent the filing of these documents in this Court, Cadence brings a motion to supplement the record in this case with these documents.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 26th day of January 2026 in Walnut Creek, California.

Christina Myrold