# EXHIBIT B-2

Plaintiff: Narwal Intelligent Innovation (Shenzhen) Co., Ltd.
Subject matter: Dispute involving abuse of market dominance

# Table of Contents

| No. | Evidence name | Evidence source | Evidence content | Purpose of evidence | Page |
|---|---|---|---|---|---|
| **Group 1: Defendant has a dominant market position in the relevant market** ||||||
| 1. | Sina.com article "Special Analysis of the EDA Industry" | Sina.com | The global EDA market is highly monopolized, with three leading companies, Synopsys, Cadence and Mentor (later acquired by Seimens) accounting for <u>about 80% of the market share</u>, and the domestic market is also dominated by these three companies, **accounting for 80% of the market share.** What are the development prospects for domestic leading EDA manufacturers, and what are the main difficulties and technical barriers? Major difficulties and barriers include: First, adapting digital EDA tools to advanced manufacturing processes requires overcoming the restrictions imposed by international foundries on process parameters, and depends on breakthroughs in advanced manufacturing processes by domestic foundries such as SMIC; second, there is a gap in algorithm optimization efficiency, requiring continuous investment in R&D to narrow the gap in runtime with international manufacturers; and third, there is insufficient ecosystem collaboration, necessitating strengthened linkages across the "EDA-IP-manufacturing" industry chain. | 1. The electronic design automation software market in China is a highly concentrated market that lacks competition. Cadence has achieved market dominance through technical barriers, economies of scale, and ecosystem integration; | 1-5 |
| 2. | A Zhihu article titled "The 'Wolf' is Coming for Industrial Software? Following the Discontinuation of Access to Matlab and EDA Software, will the Next Bottleneck be CAD or PLM Software?" | Zhihu.com | On May 30, 2025, the U.S. Department of Commerce Bureau of Industry and Security (BIS) issued an injunction against the global three major EDA (Electronic Design Automation) companies - Synopsys, Cadence, and Siemens - to completely stop supplying chip design tools to China, **which previously held nearly 80% of the domestic EDA market share.** 2. According to the 2020 data of CCID think tank, at that **time, the three giants Cadence, Synopsys and Siemens together occupied nearly 80% of the domestic market**, while the share of domestic EDA manufacturers was only 11.5%. | 2. Defendants 1 and 2 are the only wholly-owned subsidiaries established by Cadence in China, and are jointly responsible for the technology development, technical consulting, technical service | 6-18 |

Plaintiff: Narwal Intelligent Innovation (Shenzhen) Co., Ltd.
Subject matter: Dispute involving abuse of market dominance

| | | | | | |
|---|---|---|---|---|---|
| 3. | An article from Xueqiu.com titled "A Simple Explanation of What Cadence (CDNS) Does as a Company" | Xueqiu.com | Why is it so powerful?<br>Too lazy to switch (high customer transition costs): Once a chip company uses Cadence's full set of tools, the engineers become accustomed to them, the entire workflow is established, and switching to another supplier would be incredibly costly and carry extremely high risks. So customers don't switch.<br>In the world of EDA (Electronic Design Automation), where there are no other competitors (oligopoly), it's an oligopolistic empire ruled by three giants. Together, they occupy more than 80% of the market, and newcomers can hardly challenge their dominance.<br>Extremely high transition costs: The customer's design process is deeply tied to Cadence's tools, and switching suppliers is like letting the entire engineering team learn a new language and rebuilding all workflows at significant cost and risk.<br>Ongoing R&D barriers: Cadence invests more than a third of its revenue in research and development every year to keep pace with Moore's law. This level of commitment is a nightmare for any new player.<br>Valuable intangible assets: Decades of patents and IP cores validated by the world's top fabs (such as TSMC) are an industry standard in themselves.<br>Strong network effects: When all the top chipmakers use Cadence's tools to define their manufacturing processes, chip design companies must use the same tools to ensure success. This creates a self-reinforcing ecosystem.<br>The circle of friends (network effect): The world's top chip factories (such as TSMC) use Cadence's software to validate their production lines. So, if you want TSMC to manufacture your chips, you'd better use Cadence's software to design it to ensure everything goes smoothly. This creates a strong ecosystem. | and software sales of Cadence's EDA software in China. The two Defendants are the actual operators of Candence [sic] in the relevant market in China and have a dominant position in the relevant market. | 19-23 |

Plaintiff: Narwal Intelligent Innovation (Shenzhen) Co., Ltd.
Subject matter: Dispute involving abuse of market dominance

| | | | | | |
|---|---|---|---|---|---|
| 4. | Defendants and their shareholders' business registration information | National Enterprise Credit Information Publicity System | 1. The Defendant, Cadence Enterprise Management (Shanghai) Co., Ltd., is a limited liability company (wholly owned by a foreign legal entity), and its sole shareholder is CADENCE DESIGN SYSTEMS (IRELAN) LIMITED, with its registered address at 10th Floor, No. 1, Lane 221, Dongyu Road, China (Shanghai) Pilot Free Trade Zone (the actual floor is 9th Floor); 2. Defendant II, Shanghai Cadence Electronics Technology Co., Ltd., is a limited liability company (wholly owned by a foreign legal entity), and its sole shareholder is Cadence Enterprise Management (Shanghai) Co., Ltd., with its registered address at 5th to 9th Floors (actual floors are 4th to 8th Floors), No. 1, Lane 221, Dongyu Road, China (Shanghai) Pilot Free Trade Zone. | | 24-30 |
| 5. | About Cadence Official Website Company and Contact Us | www.cadence.com | According to the official Cadence website, the address of the China regional headquarters is located at 5-10/F, Building A, Qiantan World Trade Center (Phase III), No. 1, Lane 221, Dongyu Road, Pudong New Area, Shanghai, which covers the registered address of the two Defendants. | | 31-53 |
| 6. | "Cadence" WeChat official account | WeChat official account | The official WeChat of Cadence displayed under the official website of Cadence is the "Cadence" WeChat public account. The account holder is shown as Defendant I, and its business scope is shown as being authorized by CADENCE DESIGN SYSTEMS, INC., and as conducting related business activities on behalf of the companies it has invested in in the Asian region. | | 54-70 |
| **Group 2: The Defendants engaged in abusive practices of market dominance** | | | | | |
| 7. | Record of the Defendants' negotiation process | Plaintiff | The Defendants offered the Plaintiff EDA software at a price far exceeding a reasonable level, without any legitimate justification. | The Defendants engaged in abusive practices of market dominance by selling goods unfairly at high prices, refusing to deal with trading partners without justifiable reasons, and discriminating with trading partners with | As the negotiation process involves confidential information and is subject to limitations imposed by foreign law, the Plaintiff will disclose this evidence only after applying for |

Plaintiff: Narwal Intelligent Innovation (Shenzhen) Co., Ltd.
Subject matter: Dispute involving abuse of market dominance

| | | | | identical conditions in terms of trading conditions such as transaction price without justifiable reasons. | and obtaining approval from the court. |
|---|---|---|---|---|---|
| 8. | WeChat article "The Real Prices of EDA Tools Commonly Used by Electronic Engineers: Outrageously Expensive" | WeChat official account | Cadence Allegro is an EDA software for PCB design, providing a complete electronic design and verification solution. It is one of the preferred EDA tools for project development by large domestic companies, and the price is similarly high.<br>Cadence Allegro: US$1,500/month<br>Cadence OrCAD: US$150/month | | 71-74 |
| 9. | The Vendor website provides answers regarding the pricing of Cadence software. | www.vendr.com | 1. The Vendor website specializes in software pricing services;<br>2. Based on Vendor's internal transaction data for Cadence Design Systems, the minimum price for Cadence Design Systems software varies according to the specific needs of the company. However, the maximum price can be around US$13,000. Our data shows that the average cost of Cadence Design Systems software is about US$6,500 per year. | | 75-103 |
| 10. | Contracts between Defendants and different chip manufacturers | Defendants | Combined with the public information in Exhibits 8-9, the Defendants charged the Plaintiff for EDA software fees that were significantly higher than those of the general market entity, and it carried out the act of not justifying the differential treatment of trading partners with the same conditions in terms of trading prices and other trading conditions. | | Because the relevant contracts involve third-party entities and are subject to confidentiality clauses, the plaintiff will disclose |

Plaintiff: Narwal Intelligent Innovation (Shenzhen) Co., Ltd.
Subject matter: Dispute involving abuse of market dominance

|  |  |  |  |  | this evidence only after applying for and receiving approval from the court. |
|---|---|---|---|---|---|
|  | Group 3: Evidence of damage to competitive effect of Defendants' conduct and loss to the Plaintiff | | | | |
| 11. | EDA Planet article: "Understanding EDA in One Article: The 'Invisible Engine' of the Electronics Industry, From Definition to Full Analysis of the Future" | EDA Planet Website | The technical barriers in the EDA industry are very high, the current global market is still highly concentrated, and domestic enterprises are currently striving to achieve breakthroughs, moving from individual advancements to building a complete industry chain. Three companies, Synopsys, Cadence, and Siemens EDA account for more than 85% of the global EDA market share and have established advantages in different fields. The barriers are not only from the technology itself, but also from the "tool-process-IP" ecosystem built through many years of cooperation with fabs (e.g. TSMC, Samsung). It is difficult for new entrants to break through in the short term. | The Defendants' abuse of market dominance increased the operating costs across the entire industry, making it difficult for potential competitors to enter due to difficulties in obtaining sufficient market space and profits, thus causing harm by excluding and restricting competition in the Chinese domestic EDA software market. | 104-107 |
| 12. | Economic Analysis Report | Plaintiff | An economic analysis concerning the Defendants' market dominance and the anti-competitive harm resulting from the defendant's abuse of its dominant market position. | | Subsequent Supplemental Submissions |
| 13. | Special Audit Report | Plaintiff | Due to the monopolistic conduct of the Defendants, the Plaintiff had to seek alternative EDA software products, resulting in the Plaintiff having to replace all the relevant infrastructure that is highly dependent on the defendant EDA software products, which will result in huge economic losses and transition costs. | | Subsequent Supplemental Submissions |

Submitted by (Plaintiff): Narwal Intelligent Innovation (Shenzhen) Co., Ltd.

Agents: [signature]

October 30, 2025

# TRANSPERFECT

I, KELLY LEE, hereby certify that I am competent to translate from Chinese to English and that the attached translation is, to the best of my knowledge and belief, a true and accurate translation of the following document from Chinese to English. My qualifications include: completion of Chinese language course at the Hong Kong University of Science and technology; and completion of Chinese language certificate program at the Shanghai International Studies University.

Evidence List filed by Yunjing Intelligent Innovation (Shenzhen) Co., Ltd. against Cadence Enterprise Management (Shanghai) Co., Ltd., et al.

KELLY LEE

Sworn to before me this
January 26, 2026

Signature, Notary Public

KAREN LEE
Notary Public, State of New York
No 02LE6270452
Qualified in Island County
Commission Expires 2/2d/29

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 7TH FLOOR, NEW YORK, NY 10001 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 92 CITIES WORLDWIDE