# EXHIBIT D-1

原告：云鲸智能创新（深圳）有限公司
案由：滥用市场支配地位纠纷

# 证据目录

| 编号 | 证据名称 | 证据来源 | 证据内容 | 证明目的 | 页码 |
|---|---|---|---|---|---|
| 第一组：被告在相关市场具有市场支配地位 | | | | | |
| 1. | 新浪网文章《EDA产业专题解读》 | 新浪网 | 全球EDA市场呈现高度垄断格局，Synopsys、Cadence、Mentor（后被Seimens收购）三家头部企业合计占据约80%市场份额，国内市场同样由这三家主导，占据80%份额。<br>国内头部EDA厂商的发展前景如何，面临哪些主要困难与技术壁垒？主要困难与壁垒包括：一是数字EDA工具的先进制程适配，需突破国际晶圆厂工艺参数封锁，依赖中芯国际等国内晶圆厂的先进制程突破；二是算法优化效率差距，需持续投入研发以缩短与国际厂商的Run Time差距；三是生态协同不足，需加强"EDA-IP-制造"产业链联动。 | 1. 中国境内的电子设计自动化软件市场是一个高度集中、缺乏竞争的市场，Cadence公司凭借技术壁垒、规模效应、生态绑定等方式取得市场支配地位；<br>2. 被告一、被告二是Cadence公司在中国设立的唯二的全资控股公司，共同负责 | 1-5 |
| 2. | 知乎文章《工业软件"狼来了"？Matlab、EDA先后断供，下一个卡脖子的是CAD还是PLM软件》 | 知乎网 | 2025年5月30日，美国商务部工业和安全局（BIS）对全球EDA（电子设计自动化）三巨头——新思科技Synopsys、楷登电子Cadence和西门子Seimens下达禁令，要求全面停止向中国供应芯片设计工具，而这三家企业此前占有近80%的国内EDA市场份额。<br>2. 赛迪智库2020年的数据显示，当时Cadence、Synopsys和Seimens三巨头合计占领国内近80%的市场份额，而国产EDA厂商的份额仅11.5%。 | | 6-18 |

原告：云鲸智能创新（深圳）有限公司
案由：滥用市场支配地位纠纷

| 3. | 雪球网文章《大白话说清Cadence(CDNS)这家公司是做什么的》 | 雪球网 | 它为什么这么厉害？<br><br>懒得换（客户转换成本高）：芯片公司一旦用了Cadence的全套工具，工程师都习惯了，整个流程都建立起来了，再换成别家的，代价巨大，风险极高。所以客户基本不会换。<br><br>没别人（寡头垄断）EDA的世界，是一个由三位巨人统治的寡头帝国。它们共同占据了超过八成的市场疆土，新来者几乎无法撼动。<br><br>极高的转换成本：客户的设计流程与Cadence的工具深度绑定，更换供应商如同让整个工程团队学习一门新的外语，并重建所有的工作流程，成本和风险巨大。<br><br>持续的研发壁垒：Cadence每年将超过三分之一的收入投入研发，以跟上摩尔定律的步伐。这种投入规模是任何新玩家的噩梦。<br><br>宝贵的无形资产：数十年积累的专利和经过全球顶级晶圆厂（如台积电）验证的IP核，本身就是一种行业标准。<br><br>强大的网络效应：当所有顶尖的芯片制造商都使用Cadence的工具来定义其制造工艺时，芯片设计公司为了确保成功，也必须使用同样的工具。这形成了一个自我强化的生态系统。<br><br>朋友圈硬（网络效应）：全世界最顶级的芯片工厂（比如台积电），都是用Cadence的软件来验证自己的生产线。所以，如果你想让台积电帮你生产芯片，你就最好也用Cadence的软件来设计，这样才能保证万无 | Cadence公司EDA软件在中国境内的技术开发、技术咨询、技术服务和软件销售工作。两被告是Candence公司在中国相关市场中的实际经营者，在相关市场中具有支配地位。 | 19-23 |

原告：云鲸智能创新（深圳）有限公司
案由：滥用市场支配地位纠纷

| | | | | | |
|---|---|---|---|---|---|
| | | | 一失。这就形成了一个强大的生态圈。 | | |
| 4. | 被告及其股东工商登记信息 | 企业信用信息公示系统 | 1. 被告一楷登企业管理（上海）有限公司的公司类型为有限责任公司（外国法人独资），其唯一股东是 CADENCE DESIGN SYSTEMS (IRELAN) LIMITED，注册地址为中国（上海）自由贸易试验区东育路 221 弄 1 号 10 层（实际楼层为 9 层）；<br><br>2. 被告二上海楷登电子科技有限公司的公司类型为有限责任公司（外商投资企业法人独资），其唯一股东是楷登企业管理（上海）有限公司，注册地址为中国（上海）自由贸易试验区东育路 221 弄 1 号 5-9 层（实际楼层为 4-8 层）。 | | 24-30 |
| 5. | Cadence 官方网站公司简介及联系我们 | www.cadence.com | Cadence 官方网站显示，中国区域总部地址位于上海市浦东新区东育路 221 弄 1 号前滩世贸中心（三期）A 栋 5-10 层，该地址覆盖了两被告的注册地址。 | | 31-53 |
| 6. | "Cadence 楷登"微信公众号 | 微信公众号 | Cadence 官方网站下展示的 Cadence 官方微信为"Cadence 楷登"微信公众号，该公众号账号主体显示为被告一，其经营范围显示为受 CADENCE DESIGN SYSTEMS, INC. 及其在亚洲地区所投资企业的委托开展相关经营活动。 | | 54-70 |
| 第二组：被告实施了滥用市场支配地位行为 | | | | | |
| 7. | 原被告谈判过程记录 | 原告 | 被告向原告提出远超合理水平的 EDA 软件销售价格，且没有正当理由。 | 被告实施了以不公平的高价销售 | 因谈判过程涉及保密信息， |

3/5

原告：云鲸智能创新（深圳）有限公司
案由：滥用市场支配地位纠纷

| | | | | | |
|---|---|---|---|---|---|
| | | | | 商品、没有正当理由，拒绝与交易相对人进行交易以及没有正当理由，对条件相同的交易相对人在交易价格等交易条件上实行差别待遇的滥用市场支配地位的行为。 | 并受限于境外法律约束，原告将在申请并获得贵院批准的前提下进行披露该证据。 |
| 8. | 微信文章《电子工程师常用的EDA工具真实价格，贵到离谱》 | 微信公众号 | Cadence Allegro 是一款用于 PCB 设计的 EDA 软件，提供了完整的电子设计和验证解决方案，是国内大型公司项目开发的首选EDA工具之一，同样价格也不菲。<br>Cadence Allegro: 1500 美元/月<br>Cadence OrCAD: 150 美元/月 | | 71-74 |
| 9. | Vendr（文德尔）网站关于Cadence公司软件价格的回答 | www.vendr.com | 1. Vendr（文德尔）网站是一个专业提供软件定价服务的网站；<br>2. 根据 Vendr 对 Cadence Design Systems 的内部交易数据，Cadence Design Systems 软件的最低价格根据公司的具体需求而有所不同。但是，最高价格最高可达 13,000 美元左右。我们的数据显示 Cadence Design Systems 软件的平均成本约为每年 6,500 美元。 | | 75-103 |
| 10. | 被告与不同芯片生产商签订的合同 | 被告 | 结合证据8-9的公开信息，被告向原告收取的EDA软件费用明显高于一般市场主体，其实施了没有正当理由对条件相同的交易相对人在交易价格等交易条件上实行差别待遇的行为。 | | 因相关合同涉及第三方主体，并受限于保密条款，原告将在申请并 |

原告：云鲸智能创新（深圳）有限公司
案由：滥用市场支配地位纠纷

| | | | | | |
|---|---|---|---|---|---|
| | | | | | 获得贵院批准的前提下进行披露该证据。 |
|  | 第三组：被告行为对竞争效果的损害及给原告造成损失的证据 |
| 11. | EDA星球文章《一文读懂EDA：电子产业的"隐形引擎"，从定义到未来全解析》 | EDA星球网 | EDA行业技术壁垒极高，目前全球市场仍呈现高度集中的状态，而国内企业正努力实现从点的突破到链的构建。Synopsys（新思科技）、Cadence（楷登电子）和Siemens EDA（西门子）这三家公司占据全球EDA市场85%以上份额，并在不同领域建立优势。其壁垒不仅来自技术本身，更源于与晶圆厂（如台积电、三星）多年合作所建立的"工具-工艺-IP"生态，新进入者很难在短期内突破。 | 被告实施滥用市场支配地位的行为抬高了整个行业的运营成本，使得潜在竞争者因难以获得足够的市场空间和利润而难以进入，产生了排除、限制中国境内EDA软件市场竞争的损害。 | 104-107 |
| 12. | 经济学分析报告 | 原告 | 关于被告具有市场支配地位以及被告实施滥用市场支配地位行为所产生排除、限制市场竞争损害的经济学分析报告。 | | 后续补充提交 |
| 13. | 专项审计报告 | 原告 | 由于被告的垄断行为，原告不得不另行寻求替代EDA软件产品，导致原告必须将高度依赖被告EDA软件产品的相关基础设施进行全部更换，将产生巨额经济损失和转换成本。 | | 后续补充提交 |

提交人（原告）：云鲸智能创新（深圳）有限公司

代理人：史怡欢（签名）

2025年10月30日