| | |
|---|---|
| Chao "Wendy" Wang (SBN 289325)<br>wendy.wang@bakerbotts.com<br>Chuantong Wang (SBN 359121)<br>leon.wang@bakerbotts.com<br>**BAKER BOTTS L.L.P.**<br>1001 Page Mill Road, Bldg. 1, Suite 200<br>Palo Alto, California 94304<br>Telephone: (650) 739-7500<br><br>Alison Karol Sigurdsson (SBN 308043)<br>alison.sigurdsson@bakerbotts.com<br>**BAKER BOTTS L.L.P.**<br>101 California Street, Suite 3200<br>San Francisco, CA 94111<br>Telephone: (415) 291-6200<br><br>Zhe Wang (*pro hac vice*)<br>philip.wang@bayes.law<br>Kris Teng (*pro hac vice*)<br>kris.teng@bayes.law<br>BAYES PLLC<br>8260 Greensboro Dr., Suite 625<br>McLean, VA 22102<br>Tel: (703) 995-9887<br><br>*Counsel for Defendants*<br>*YUNJING INTELLIGENT INNOVATION (SHENZHEN) CO., LTD., et al.* | J. Benjamin Bai (*pro hac vice*)<br>benjamin.bai@cn.kwm.com<br>King & Wood Mallesons LLP<br>50th Floor, 500 Fifth Avenue<br>New York, NY 10110<br>Tel.: (212) 319-4755<br>Fax: (917) 591-8167<br><br>Haolu Feng (*pro hac vice*)<br>harry.feng@cn.kwm.com<br>King & Wood Mallesons<br>17th Floor, One ICC, Shanghai ICC<br>999 Middle Huai Hai Road, Xuhui District<br>Shanghai 200031 China<br>Tel.: +86 21 2352 6585<br>Fax: +86 21 2412 6150 |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>YUNJING INTELLIGENT INNOVATION (SHENZHEN) CO., LTD. (D/B/A NARWAL), YUNJING INTELLIGENCE ROBOTICS (DONGGUAN) CO., LTD. (D/B/A NARWAL), YUNJING INTELLIGENCE TECHNOLOGY DEVELOPMENT (DONGGUAN) CO., LTD. (D/B/A NARWAL), JINGZHI INTELLIGENCE SUPPLY CHAIN (SHENZHEN) CO., LTD. (D/B/A NARWAL), YUNJING INTELLIGENCE (SHENZHEN) CO., LTD. (D/B/A NARWAL),<br><br>Defendants. | Case No. 3:25-cv-00317-AMO<br><br>**DECLARATION OF CHAO "WENDY" WANG IN SUPPORT OF DEEFNDANTS' OPPOSITION TO PLAINTIFF CADENCE DESIGN SYSTEMS, INC.'S MOTION TO SUPPLEMENT THE RECORD**<br><br>Judge: Hon. Araceli Martínez-Olguín |

I, Wendy Wang, declare as follows:

1. I am over the age of 21 and am fully competent to make this declaration. I have personal knowledge of all facts recited herein, and state that such facts are true and correct to my knowledge or information and belief, and, if called upon to do so, I would testify competently about them.

2. I am a member of the bar of the State of California and admitted to practice before this Court. I am an attorney with Baker Botts L.L.P., which represents Defendants Yunjing Intelligent Innovation (Shenzhen) Co., Ltd. (d/b/a Narwal), Yunjing Intelligence Robotics (Dongguan) Co., Ltd. (d/b/a Narwal), Yunjing Intelligence Technology Development (Dongguan) Co., Ltd. (d/b/a Narwal), Jingzhi Intelligence Supply Chain (Shenzhen) Co., Ltd. (d/b/a Narwal), and Yungjing Intelligence (Shenzhen) Co., Ltd. (d/b/a Narwal) ("Defendants") in this action. I make this Declaration in support of Defendants' Opposition to Plaintiff Cadence Design Systems, Inc.'s Motion to Supplement the Record.

3. Attached as Exhibit A is a true and correct copy of the counsel's correspondence regarding this motion.

Executed on this 30th day of January, 2026 in Palo Alto, California.

*/s/ Chao "Wendy" Wang*
CHAO "WENDY" WANG
wendy.wang@bakerbotts.com
**BAKER BOTTS L.L.P.**
1001 Page Mill Road, Bldg. 1, Suite 200
Palo Alto, California 94304