# Exhibit A

| | |
|---|---|
| **From:** | Wang, Wendy |
| **Sent:** | Friday, January 30, 2026 12:24 PM |
| **To:** | Mather, Allison; Myrold, Christina; Philip Wang |
| **Cc:** | \*\*\* Cadence LC |
| **Subject:** | RE: Cadence v. Narwal - Motion to Advance Hearing Date |

Thanks Alison.  We will take this back to our client and get back to you.

Best,

**Wendy Wang**
*Partner*
Baker Botts L.L.P.
T 650.739.7514

---

**From:** Mather, Allison <AMather@gibsondunn.com>
**Sent:** Friday, January 30, 2026 12:19 PM
**To:** Wang, Wendy <wendy.wang@bakerbotts.com>; Myrold, Christina <CMyrold@gibsondunn.com>; Philip Wang <philip.wang@bayes.law>
**Cc:** \*\*\* Cadence LC <CadenceLC@gibsondunn.com>
**Subject:** RE: Cadence v. Narwal - Motion to Advance Hearing Date

**[EXTERNAL EMAIL]**

Hi Wendy,

We do not agree to forego our reply brief, which we intend to file within 7 days of receiving your opposition under L.R. 7-3(c).  We are willing to stipulate to have the motion decided without a hearing or advancing the hearing to February 26 if the Court would like to have one.  Please let us know if you will agree.

Thank you,
Allison

**Allison Mather**
Associate Attorney

T: +1 949.451.4342 | M: +1 949.648.6036
AMather@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
3161 Michelson Drive Suite 1200, Irvine, CA 92612-4412

---

**From:** Wang, Wendy <wendy.wang@bakerbotts.com>
**Sent:** Friday, January 30, 2026 9:00 AM
**To:** Myrold, Christina <CMyrold@gibsondunn.com>; Philip Wang <philip.wang@bayes.law>
**Cc:** \*\*\* Cadence LC <CadenceLC@gibsondunn.com>
**Subject:** RE: Cadence v. Narwal - Motion to Advance Hearing Date

1

Hi Christina,

We think it's beneficial for both parties if the Court decides this motion promptly, and foregoing the reply and hearing expedites the resolution. We therefore propose that Yunjing file its opposition today, Cadence forego its reply, and the parties agree to have this motion decided without a hearing. If the Court chooses to hold a hearing, Yunjing agrees to advance it to February 26. Happy to discuss if you have any questions.

Best,

**Wendy Wang**
*Partner*
Baker Botts L.L.P.
T 650.739.7514

**From:** Myrold, Christina <CMyrold@gibsondunn.com>
**Sent:** Thursday, January 29, 2026 9:58 AM
**To:** Wang, Wendy <wendy.wang@bakerbotts.com>; Philip Wang <philip.wang@bayes.law>
**Cc:** *** Cadence LC <CadenceLC@gibsondunn.com>
**Subject:** RE: Cadence v. Narwal - Motion to Advance Hearing Date

**[EXTERNAL EMAIL]**

Thanks Wendy.

**From:** Wang, Wendy <wendy.wang@bakerbotts.com>
**Sent:** Thursday, January 29, 2026 8:34 AM
**To:** Myrold, Christina <CMyrold@gibsondunn.com>; Philip Wang <philip.wang@bayes.law>
**Cc:** *** Cadence LC <CadenceLC@gibsondunn.com>
**Subject:** RE: Cadence v. Narwal - Motion to Advance Hearing Date

Thanks Christina. We will run this by our client and get back to you. We likely won't hear back until later this evening.

Best,

**Wendy Wang**
*Partner*
Baker Botts L.L.P.
T 650.739.7514

**From:** Myrold, Christina <CMyrold@gibsondunn.com>
**Sent:** Thursday, January 29, 2026 8:11 AM
**To:** Wang, Wendy <wendy.wang@bakerbotts.com>; Philip Wang <philip.wang@bayes.law>
**Cc:** *** Cadence LC <CadenceLC@gibsondunn.com>
**Subject:** Re: Cadence v. Narwal - Motion to Advance Hearing Date

**[EXTERNAL EMAIL]**

Hi Wendy,

Thanks for your response. Cadence's motion is a regularly-noticed motion pursuant to LR 7-2, as indicated by the docket entry for the motion, which sets the briefing schedule pursuant to that rule and as referenced in my email below; it is not an administrative motion pursuant to LR 7-11.

We are, however, amenable to stipulating to a shorter briefing schedule and asking the Court to either rule on the papers or advance the hearing date to February 26. We propose Narwal's opposition be due on Friday (1/30) and Cadence's reply be due on Friday (2/6). If Narwal agrees, we can prepare a stipulation to file with the Court.

Thanks,
Christina

---

**From:** Wang, Wendy <wendy.wang@bakerbotts.com>
**Sent:** Wednesday, January 28, 2026 3:46:04 PM
**To:** Myrold, Christina <CMyrold@gibsondunn.com>; Philip Wang <philip.wang@bayes.law>
**Cc:** *** Cadence LC <CadenceLC@gibsondunn.com>
**Subject:** RE: Cadence v. Narwal - Motion to Advance Hearing Date

Counsel:

Cadence's motion sought to supplement the record of the motion to dismiss, but our briefings closed months ago. We therefore interpreted Cadence's motion as an administrative motion under L.R. 7-11 and intend to file our opposition on Friday. We hope the Court will decide Cadence's motion on the papers before our MTD Hearing on February 26. If the Court does not decide Cadence's motion by February 20, Yunjing will stipulate to advance the hearing date of Cadence's motion to January 26.

Best,

**Wendy Wang**
*Partner*
Baker Botts L.L.P.
T 650.739.7514

---

**From:** Myrold, Christina <CMyrold@gibsondunn.com>
**Sent:** Tuesday, January 27, 2026 2:15 PM
**To:** Philip Wang <philip.wang@bayes.law>; Wang, Wendy <wendy.wang@bakerbotts.com>
**Cc:** *** Cadence LC <CadenceLC@gibsondunn.com>
**Subject:** Cadence v. Narwal - Motion to Advance Hearing Date

[EXTERNAL EMAIL]

Counsel,

As you likely saw, Cadence filed a motion to supplement the record on Defendants' motion to dismiss with certain filings from Defendants' antitrust lawsuits in China. The hearing date on the motion to supplement is currently set for May 28, which was the Court's earliest availability. Cadence intends to ask the Court to advance the hearing date to February 26, so that it can be heard at the same time as Defendants' motion to

3

dismiss.  The briefing schedule would remain the same, with Defendants' opposition due on February 9 and Cadence's reply due on February 17.

Please let us know by tomorrow if Defendants will stipulate to advance the hearing date.  If helpful, we are generally available today and tomorrow for a call.

Best,

**Christina Myrold**
Associate Attorney

T: +1 925.451.6755
CMyrold@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
One Embarcadero Center Suite 2600, San Francisco, CA 94111-3715

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

**Confidentiality Notice:**

The information contained in this email and any attachments is intended only for the recipient[s] listed above and may be privileged and confidential. Any dissemination, copying, or use of or reliance upon such information by or to anyone other than the recipient[s] listed above is prohibited. If you have received this message in error, please notify the sender immediately at the email address above and destroy any and all copies of this message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---