UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CADENCE DESIGN SYSTEMS, INC., | Case No. 25-cv-00317-AMO |
| Plaintiff, | |
| v. | **FURTHER SCHEDULING ORDER** |
| YUNJING INTELLIGENT INNOVATION (SHENZHEN) CO., LTD., et al., | |
| Defendants. | |

The existing case schedule is modified as follows:

| Event | Deadline |
|---|---|
| **Deadline to add parties or amend pleadings** | April 30, 2026 |
| **Substantial completion of document production** | November 20, 2026 |
| **Close of fact discovery** | February 5, 2027 |
| **Parties to provide initial expert disclosure(s) and report(s)** | March 5, 2027 |
| **Parties to identify rebuttal expert(s) and provide rebuttal expert report(s)** | April 2, 2027 |
| **Close of expert discovery** | April 30, 2027 |
| **Defendants to file summary judgment motion[1]** | May 28, 2027 |
| **Plaintiff to file opposition to summary judgment motion and Daubert motions** | June 25, 2027 |
| **Defendants to file reply in support of summary judgment motion, Daubert motions, and oppositions to Plaintiff's Daubert motions** | July 20, 2027 |
| **Plaintiff to file replies in support of Daubert motions and oppositions to Defendants' Daubert motions** | August 10, 2027 |
| **Defendants' replies in support of Daubert motions** | August 31, 2027 |
| **Hearing on summary judgment and Daubert** | To be set by the moving party based on |

---

[1] To the extent the parties anticipate cross-motions for summary judgment, they must submit, by no later than April 22, 2027, a proposed briefing schedule the tracks the sequencing set forth in the Court's Standing Order for Civil Cases ¶ E.3.

United States District Court
Northern District of California

United States District Court
Northern District of California

| Event | Deadline |
|---|---|
| motions[2] | the Court's availability at the time of filing. *See* CALENDAR (uscourts.gov) |
| **Pretrial conference statement** | January 3, 2028 |
| **Pretrial conference** | January 27, 2028 at 11:00 a.m. |
| **Jury trial (10 days)** | February 22, 2028 at 8:30 a.m. |

This matter is hereby **REFERRED** to Magistrate Judge Laurel Beeler to conduct a settlement conference within 120 days, or as soon thereafter as her calendar allows.

Any party may seek modification of this Order for good cause.  A request for an extension of any deadline set forth above must be filed at least seven days prior to the expiration of that deadline and comply with Civil Local Rule 6-2 or 6-3 as appropriate.

Any request for an extension must be accompanied by a proposed order that includes a chart in the following format, with a Word version emailed to amopo@cand.uscourts.gov. *See* Civil L.R 5-1(f).

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
|  |  |  |

**IT IS SO ORDERED.**

Dated: April 8, 2026

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**

---

[2] The parties shall refer to the Court's Standing Order for Civil Cases for additional requirements, including limits on and sequencing of Daubert motions and formatting of expert reports.